IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLTON EARLE JENNINGS )
)
vs. )   C.A.  02-195   ERIE
)
OFFICER ZES FETTERMAN )
)
)

NOTICE

The above entitled case is set for ___PRETRIAL_____

on ___November 30, 2005_____ at __2:30 PM___ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:   October 12, 2005

Copies to:   Charlton Earle Jennings
David Jonathan Long, Esq.
Gerald J. Villella, Esq.