HABEAS CORPUS                                                                D.C. FORM 10

## UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

CHARLTON EARLE JENNINGS

     vs.
OFFICER TERRY DAWLEY,                    CV    02-195    ERIE
OFFICER ZES FETTERMAN
                                                             02-196    ERIE

To: U.S. Marshal

    WARDEN: SCI SOMERSET

YOU ARE HEREBY COMMANDED, to have the body of CHARLTON EARL JENNINGS by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of being taken and detained, before the Honorable Maurice B. Cohill, Jr., Judge of the United States Senior District Court for the Western District of Pennsylvania, at the court room of said Court, in the City of Erie at 2:30 P.M. on the 30th day of November , 2005 then and there to do, submit to and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

    WITNESS the Honorable Maurice B. Cohill, Jr.,

    United States Senior District Judge at Pittsburgh

    this  12th  day of  October  , A.D. 2005.

*Maurice B. Cohill, Jr.* (signature)
MAURICE B. COHILL, JR.
UNITED STATES SENIOR DISTRICT JUDGE

BY: _____
    DEPUTY CLERK

CERTIFIED FROM THE RECORD
Date 10/11/05
ROBERT V. BARTH, JR., CLERK
By _____ Deputy Clerk