IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLTON E. JENNINGS : | |
|     Plaintiff : | |
| : | C.A. NO. 02-195 ERIE |
| v : | |
| OFFICER LES FETTERMAN : | JUDGE COHILL |
|     Defendant : | MAGISTRATE JUDGE BAXTER |
| : | |
| CHARLTON E. JENNINGS : | |
|     Plaintiff : | |
| : | C.A. NO. 02-196 ERIE |
| v : | |
| OFFICER TERRY DAWLEY : | JUDGE COHILL |
| Defendant : | MAGISTRATE JUDGE BAXTER |

**O R D E R**

AND NOW, this _____day of November, 2005, upon consideration of the foregoing Defendant's Motion in Limine, it is hereby ORDERED  said Motion is GRANTED, and that Plaintiff is prohibited from presenting any evidence at trial which is not directly related to the issue of the alleged intoxication of Defendant Officer Terry Dawley at the time of the July 7, 2000 confrontation, and evidence relating directly to the alleged knowledge of Dawley's alcohol consumption by Defendant Fetterman at that time.  Plaintiff is also prohibited from demanding the production of evidence or documents not under the direct control of defendants or  not relevant to the specific trial issues in this matter as set forth in the Motion.

 

_____
J.