IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT COURT

OF PENNSYLVANIA

| | | |
|---|---|---|
| Charlton Jennings, Plaintiff | : | Civ. No. 02-195 Erie |
| vs. | : | |
| Les Fetterman, Officer<br>In his individual capacity<br>Defendant | : | |
| vs. | : | Civ. No. 02-196 Erie |
| Terry Dawley, Officer<br>Defendant | : | |
| vs. | : | Civ. No. 02-210 Erie |
| Erie County<br>District Attorneys Office<br>D.A. Brad Foulk and<br>Ex- EPD, Chief Paul De Dionisio | : | |

APPLICATION FOR ENLARGEMENT OF TIME TO FILE MOTION TO VACATE JUDGEMENT

AND / OR ORDERS OF COURT

To the Honorable Maurice B. Cohill, Jr., Judge of the above said court:

And now, this 21st day of December, 2005, comes the plaintiff, Charlton E. Jennings, Pro Se, respectfully files the foregoing document and represents:

## VERIFICATION

I hereby verify this 21st day of December 2005, that the facts set forth in the foregoing documents are true and correct, to the best of my knowledge, information and belief, and made subject to the penalty of perjury.

/s/ [signature]
Charlton Jennings

## PROOF OF SERVICE

I herby certify this 21st day of December 2005, that I am serving a true and correct copy of the foregoing documents upon the persons below.

| | | |
|---|---|---|
| Clerk's Office | | U.S. District Court |
| U.S. District Court | and | Western District of Pennsylvania |
| Pittsburgh, PA. 15219 | | Honorable, Maurice B. Cohill |
| | | Pittsburgh, PA. 15219 |

CC: Gerald J. Villola, Esquire
826 State Street
Room # 505
Erie Pa 16501

cc: P. Jonathan Long, Esq.
626 State Street
Erie PA. 26501

1.) Plaintiff is currently incarcerated at S.C.I. Somerset.

2.) Plaintiff is unlearned in the law.

3.) The prison limits the time and access that each inmate may have to the law library, due to the overcrowding.

4.) The defendant's will suffer no prejudice by the court granting plain--tiff an enlargement of (60) sixty days, in which to prepare and file a motion to vacate judgement or order.

5.) Plaintiff needs the requested enlargement of time to conduct the necessary legal research in which to adequately perfect the pleading.

6.) Plaintiff states that the facts set forth in the foregoing documents are true and correct, and made subject to the penalties of perjury.

Wherefore, plaintiff respectfully moves this honorable court to enter an order, granting plaintiff an enlargement of time in which to file a motion to vacate judgement or order, and such other relief as the court deems appropriate and fit.

Respectfully Submitted:

*(signature)* 12-21-05

Charlton Jennings

S.C.I. Somerset

1600 Walters Mill Road

Somerset, PA. 15510

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Charlton Jennings, Plaintiff | : | Civ. No. 02-195 Erie |
| vs. | : | |
| Les Fetterman, Officer | : | |
| In his individual capacity | : | |
| Defendant | : | |
| vs. | : | Civ. No. 02-196 Erie |
| Terry Dawley, Officer | : | |
| Defendant | : | |
| vs. | : | Civ. No. 02-210 Erie |
| Erie County | : | |
| District Attorneys Office | : | |
| D.A. Brad Foulk and | : | |
| Ex- EPD, Chief Paul De Dionisio | : | |

### NOTICE OF APPEAL

And now, this 21st day of December 2005, notice is hereby given that Plaintiff, Charlton E. Jennings appeals the judgement and order entered in this matter, by the Honorable Maurice B. Cohill Jr., U.S. District Court for the Western District of Pennsylvania, on November 29th, 2005, which dismissed plaintiff's civil rights complaint filed under the above - captioned case. Said order is attached hereto as exhibit "A".

<u>IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT</u>

<u>OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| Charlton Jennings, Plaintiff | : | Civ. No. 02-195 Erie |
| vs. | : | |
| Les Fetterman, Officer | : | |
| In his individual capacity | : | |
| Defendant | : | |
| vs. | : | Civ. No. 02-196 Erie |
| Terry Dawley, Officer | : | |
| Defendant | : | |
| vs. | : | Civ. No. 02-210 Erie |
| Erie County | : | |
| District Attorneys Office | : | |
| D.A. Brad Foulk and | : | |
| Ex- EPD, Chief Paul De Dionisio | : | |

<u>APPLICATION FOR LEAVE OF COURT TO FILE AND PROCEED ON APPEAL IN FORMA</u>

<u>PAUPERIS AND FOR APPOINTMENT OF COUNSEL</u>

To the Honorable Maurice B. Cohill, Judge of the above said court:

And now, this 21st day of December, 2005, comes Plaintiff, Charlton E. Jennings, Pro Se, respectfully files the foregoing document and reprisents:

1.) that plaintiff is currently incarcerated in S.C.I. Somerset.

2.) the plaintiff is proceeding Pro se, in the above captioned case.

3.) plaintiff's financial condition has not changed since the Honorable court granted him the right to proceed In Forma Pauperis.

4.) the plaintiff wishes to raise the following issues on appeal:

   (1.) Whether the court abused it's discretion in dismissing the plain-
        -tiff's civil action, for failure to state a claim. When plaintiff
        has stated such claims upon which he is intitled to relief.
   (2.) Whether the court erred and abused it's discretion, in failing
        to proceed with trial after plaintiff successfully defended against
        the defendant's motion to dismiss/ motion for summary judgement.

5.) the plaintiff is unlearned in law, and the issues involved are complex
    . Thus, the plaintiff requires the assistance of a qualified attorney
    to represent him on appeal.

6.) the defendant's will suffer no prejudice.


   Wherefore, plaintiff respectfully moves this honorable court to grant him leave to file and proceed on appeal In Forma Pauperis, and to appoint counsel for purposes of appeal.


                                            Respectfully Submitted:

                                            [signature]  12-21-05
                                            Charlton E. Jennings
                                            1600 Walters Mill Rd.
                                            Somerset, PA. 15510

<u>IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT</u>

<u>OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| Charlton Jennings, Plaintiff | : | Civ. No 02-195 Erie |
| vs. | : | |
| Les Fetterman, Officer | : | |
| In his individual capacity | : | |
| Defendant | : | |
| vs. | : | Civ. No 02-196 Erie |
| Terry Dawley, Officer | : | |
| Defendant | : | |
| vs. | : | Civ. No 02-210 Erie |
| Erie County | : | |
| District Attorneys Office | : | |
| D.A. Brad Foulk and | : | |
| Ex- EPD, Chief Paul De Dionisio | : | |

<u>ORDER TO TRANSMIT TRIAL COURT RECORD</u>

To the Honorable Maurice B. Cohill Jr., Judge of the above said court:

And now this_____day of_____, 2005, an appeal having been filed in the above captioned case, the clerk's office is herby ordered to forward a certified copy of the trial court record to the third circuit court of appeals.

/s/_____

Hon. Maurice B. Cohill

## VERIFICATION

I hereby verify this 21st day of December 2005, that the facts set forth in the forgoing document are true and correct, and are made subject to the penalty of perjury.

/s/ [signature] 12-21-05

Charlton E. Jennings

Pro Se

S.C.I. Somerset

1600 Walters Mill Rd.

Somerset, PA. 15510

## PROOF OF SERVICE

I hereby certify, this 21st day of December 2005, that I am serving a true and correct copy of the foregoing document upon the persons below.

| Clerks Office | | Honorable Judge Maurice B. Cohill |
|---|---|---|
| U.S. District Court | and | Western District Judge |
| Pittsburgh, PA. 15219 | | Pittsburgh, PA. 15219 |

Filed Pro Se by:

_[signature]_ 12-21-05

Charlton Jennings

Plaintiff, Pro Se

S.C.I. Somerset

1600 Walters Mill Road

Somerset, Pennsylvania

15510

CC: Gerald J. Villele, Esquire

826 State Street

Room # 505

Erie, PA. 16501

CC: D. Jonathan Long, Esquire

626 State Street

Erie, PA. 16501