<u>IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT COURT</u>

OF PENNSYLVANIA

| | | |
|---|---|---|
| Charlton Jennings, Plaintiff | : | Civ. No. 02-195 Erie |
| vs. | : | |
| Les Fetterman, Officer | : | |
| In his individual capacity | : | |
| Defendant | : | |
| vs. | : | Civ. No. 02-196 Erie |
| Terry Dawley, Officer | : | |
| Defendant | : | |
| vs. | : | Civ. No. 02-210 Erie |
| Erie County | : | |
| District Attorneys Office | : | |
| D.A. Brad Foulk and | : | |
| Ex- EPD, Chief Paul De Dionisio | : | |

<u>NOTICE OF APPEAL</u>

And now, this 21st day of December 2005, notice is hereby given that Plaintiff, Charlton E. Jennings appeals the judgement and order entered in this matter, by the Honorable Maurice B. Cohill Jr., U.S. District Court for the Western District of Pennsylvania, on November 29th, 2005, which dismissed plaintiff's civil rights complaint filed under the above - captioned case. Said order is attached hereto as exhibit "A".