IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLTON EARLE JENNINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 02-195 Erie (Lead Case) |
| | ) | Civ. No. 02-196 Erie |
| LES FETTERMAN, OFFICER, | ) | Civ. No. 02-210 Erie |
| in his individual capacity, | ) | |
| TERRY DAWLEY, OFFICER | ) | |
| ERIE COUNTY DISTRICT | ) | |
| ATTORNEYS OFFICE, | ) | |
| D.A. BRAD FOULK, and | ) | |
| EX-EPD, CHIEF PAUL DEDIONISIO, | ) | |
| | ) | |
| Defendants. | ) | |

## Order

AND NOW, to-wit, this 4th day of January, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion for Leave to Proceed on Appeal in Forma Pauperis (doc. 61) is hereby DENIED as moot, Plaintiff's motion to Proceed in Forma Pauperis having been granted on July 12, 2002.

IT IS FURTHER ORDERED that Plaintiff's Motion to Appoint Counsel (Doc. 61) is hereby DENIED.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc: Charlton Earle Jennings, pro se
ES-9735
SCI Somerset
1600 Walters Mill Road
Somerset, PA 15510-0002

David Jonathan Long, Esq.
626 State Street
Erie, PA 16501

Gerald J. Villella, Esq. (by electronic mail)

Matthew J. McLaughlin, Esq. (by electronic mail)