pant. Appeal filing fee

rcpt # 06-276

CA 02-195 E

$ 32.19

```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 06000276 - SF
          March 27, 2006

   Code    Case #    Qty     Amount

   APPEAL D ca-02-195E         32.19 CH


   TOTAL →                     32.19



   FROM: SCI SOMERSET FOR D. JENNINGS
```