BPS-288

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———

No. 06-1058

———

CHARLTON EARLE JENNINGS

v.

OFFICER LES FETTERMAN, In his official capacity;
OFFICER TERRY DAWLEY;
ERIE COUNTY DISTRICT ATTORNEYS OFFICE;
D.A. BRAD FOULK; EX-EPD,
CHIEF PAUL DEDIONISIO; ERIE POLICE DEPARTMENT
(WD/PA Civil No. 02-cv-00195)

———

CHARLTON EARLE JENNINGS

v.

OFFICER TERRY DAWLEY
(WD/PA Civil No. 02-cv-00196)

———

CHARLTON EARLE JENNINGS

v.

ERIE COUNTY DISTRICT ATTORNEY'S OFFICE;
D.A. BRAD FOULK; ERIE POLICE DEPARTMENT
(WD/PA Civil No. 02-cv-00210)

Charlton E. Jennings,
Appellant

———

On Appeal From the United States District Court
For the Western District of Pennsylvania

(DC Civil. Nos. 02-cv-00195E, 02-cv-00196E, and 02-cv-00210E)
District Judge: Honorable Maurice B. Cohill

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)

Before: RENDELL, AMBRO and GREENBERG, <u>Circuit</u> <u>Judges</u>.

## JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted for possible dismissal under 28 U.S.C. § 1915(e)(2). On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the order of the District Court entered on November 29, 2005, is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: August 15, 2006

Certified as a true copy and issued in lieu of a formal mandate on 9/6/06

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit

2