```
      UNITED STATES
      DISTRICT COURT
  WESTERN DISTRICT OF PENNSYLVANIA
         ERIE Division

    R 07000169 - DM
    February 5, 2007


  Code   Case #   Qty      Amount

  FIRSTAPP 02-195 Ecv              1.38 CH


  TOTAL→              1.38



  FROM: SCI SOMERSET (CH)
        CHARLETON JENNINGS
```

partpay - appeal
rcpt # 07-169

$1.38
CA 02-195 E