```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

     # 07000193  -  SF
     February 23, 2007

  Code   Case #   Qty     Amount

  FIRSTAPP 02-195E         10.00 CH


  TOTAL→                   10.00


  FROM: SCI SOMERSET
```

CA 02-195E
appeal part pay
$10.00
receipt # 07-193

SCANNED