appeal part pay
rcpt # 07-195

$10.00

CA 02-195 E

```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

         # 07000195 - DM
         February 26, 2007

     Code    Case #    Qty     Amount

     FIRSTAPP 02-195 Ecv        10.00 CH


     TOTAL→                     10.00


     FROM: SCI SOMERSET FOR:
           CHARLTON JENNINGS
```