part/pay appeal
rcpt # 07253

$60.00

02-195 E

```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000253 - DM
March 22, 2007

Code    Case #    Qty        Amount

FIRSTAPP 02-195 E            58.70 CH
2NDAPPEA 02-195 E             1.30 CH


TOTAL →                      60.00


FROM: SCI SOMERSET FOR CHARLTON
      JENNINGS
```