FILED '07 APR 26 P1:46 CLERK U.S. DISTRICT COURT

```
       UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 07000300 - SF
         April 26, 2007

   Code    Case #    Qty     Amount

   2NDAPPEA ca-02-195E        6.00 CH


   TOTAL→                     6.00


   FROM: SCI SOMERSET FOR CHARLTON
         JENNINGS
```

appeal part pay

CA 02-195E

receipt #07-300

6.00