FILED
'07 MAY 11 P2:08
CLERK
U.S. DISTRICT COURT

**UNITED STATES**
**DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

\# 07000341 - SP
May 11, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 2NDAPPEA | CA-02-195E | | 5.00 C |

TOTAL→        5.00

FROM: SCI SOMERSET

1:02-CV-195
appeal paid pay
$5.00
receipt # 07-341