```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

    # 07000374 - SP 5P
         June 4, 2007

   Code    Case #    Qty       Amount

   2NDAPPEA CA-02-195E          6.00 CH


   TOTAL→                       6.00


   FROM: SCI SOMERSET FOR C. JENNINGS
```

FILED
'07 JUN -4 P2:33
U.S. DISTRICT COURT