*appeal part pay*
*rcpt # 07-383*

$2.88

CA 02-195 E

**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000383 — DM  *dm*
June 6, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 2NDAPPEA | 02-195 E | | 2.88 CH |

TOTAL → 2.88

FROM: SCI SOMERSET FOR:
CHARLTON JENNINGS