```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      # 07000409 - SF
         June 15, 2007

    Code    Case #    Qty      Amount

    2NDAPPEA 02-195E             5.00

    TOTAL →                      6.00


    FROM: SCI SOMERSET   for C.
                          Jennings
```

CA 02-195 E
appeal part pay
receipt #07-409

'07 JUN 15 P4:26