```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

       # 07000467 - SF
       August 2, 2007

   Code    Case #     Qty      Amount

   2NDAPPEA 02-195E            5.00 CH


   TOTAL→                      8.00


   FROM: SCI SOMERSET
         CHARLTON JENNINGS
```

'07 AUG -2 AM :48

02-195 Erie
Appeal Paid Pay