SCANNED

```
       UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

   # 07000484  -  JD
   August 10, 2007


   Code    Case #    Qty       Amount

   2NDAFFEA c3-02-195E             5.00 CH


   TOTAL →                        5.00




   FROM: SCI SOMERSET
         FOR CHARLTON JENNINGS
```

1:02-cv-195

appeal
part pay