'07 AUG 17 PM 2:22

```
         UNITED STATES
         DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

       #  07000500  -  SP
       August 17, 2007


   Code    Case #    Qty       Amount

   2NDAPPEA 02-195E                5.00 CH


       TOTAL →                  5.00



   FROM: SCI SOMERSET FOR CHARLTON
           JENNINGS
```