1:02-CV-195
appeal part pay
receipt OB-4

**UNITED STATES**
**DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 080000004 - DM
October 3, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 2NDAPPEA | 02-195 E | | 10.00 CH |

**TOTAL→**          **10.00**

FROM: SCI SOMERSET FOR:
        CHARLTON JENNINGS