FILED

NOV - 5 2007


DISTRICT COURT
PENNSYLVANIA

```
        UNITED STATES
         DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       #  08000044  - SF
         November 5, 2007

   Code    Case #      Qty     Amount
   1ST CIVI 02-195E
                                 4.00 CH

       TOTAL→
                                 4.00

FROM: JOI SCHEFFER
```