UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000082 — DM
December 13, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 2NDAPPEA | 02-195 E | | 4.00 CH |

TOTAL→                4.00

FROM: SCI SOMERSET FOR:
      CHARLETON JENNINGS