```
         UNITED STATES
         DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 08000093 - DM
         December 27, 2007


     Code    Case #    Qty       Amount

     2NDAPPEA 02-195 E            10.00 CH


         TOTAL →              10.00


     FROM: SCI SOMERSET
           CHARLTON JENNINGS
```