```
         UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

      # 08000118 - DM
       January 11, 2008

  Code    Case #    Qty      Amount

  2NDAPPEA 02-195 E          5.00 CH


       TOTAL →             5.00


  FROM: SCI SOMERSET FOR:
         CHARLTON JENNINGS
```