```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
         PITTSBURGH Division

    # 08003220 - 01
       May 5, 2008


    Issue   Case #      Qty       Amount

    2ND APPE 02-195E  02-195E      4.62 CH
    1ST APPE 04-2.50              19.09 19


    TOTAL →                       23.71
```

New Bal $~~304.00~~ $4.00

FROM: CHARLTON JENNINGS
      GEOFFREY ADAMS
      SCI FRACKVILLE, 1111 ALTAMONT
      BLVD, FRACKVILLE, PA 17931

*Charlton Jennings*